# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kenneth Patton,

    Petitioner

  v.

Nevada Board of Parole Commissioners, *et al.*,

    Respondents

Case No. 2:19-cv-00521-JAD-NJK

**Order Summarily Dismissing Action**

This action was initiated by Kenneth Patton, a prisoner at Nevada's Ely State Prison. Patton filed a "Petition for Writ of Mandamus."[1] I summarily dismiss this action because Patton has not paid a filing fee or applied to proceed *in forma pauperis*, because mandamus relief is unavailable in this court as a remedy in state parole proceedings, because Patton's petition is not on a proper form for a habeas corpus petition,[2] and because Patton's petition fails to state any claim on which relief could possibly be granted in any form of action.

    **IT IS THEREFORE ORDERED** that this action is DISMISSED.

    **IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability because reasonable jurists would not find this order to be debatable.

    **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: April 11, 2019

                                                          U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 2.

[2] *See* Rule 2(d), Rules Governing Section 2254 Cases in the United States District Courts; LSR 3-1.