**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kenneth Patton,<br><br>    Petitioner<br><br>v.<br><br>Nevada Board of Parole Commissioners, *et al.*,<br><br>    Respondents | Case No. 2:19-cv-00521-JAD-NJK<br><br>**Order Denying Motion for Reconsideration and Motion to Extend Copywork Limit**<br><br>[ECF Nos. 7, 8] |

    This action was initiated by Kenneth Patton, a prisoner at Nevada's Ely State Prison, when he filed a "Petition for Writ of Mandamus."[1] I summarily dismissed this petition because Patton did not pay a filing fee or apply to proceed *in forma pauperis*, because mandamus relief is unavailable in this Court as a remedy in state parole proceedings, because Patton's petition is not on a proper form for a habeas corpus petition,[2] and because, at any rate, Patton's petition does not state any claim on which relief could possibly be granted in any form of action.[3] Patton now moves for reconsideration.[4] Because he makes no showing of any ground for reconsideration,[5] I deny the motion.

---

[1] ECF No. 2.

[2] *See* Rule 2(d), Rules Governing Section 2254 Cases in the United States District Courts; LSR 3-1.

[3] ECF Nos. 5, 6.

[4] ECF No. 8.

[5] *See* Fed. R. Civ. P. 60.

1

Patton has also filed a "Motion to Extend Prison Copywork Limit."[6] Because this case has been dismissed and my denial of reconsideration means that it stays dismissed, Patton has no need to make additional copies of documents. I thus deny this motion as well.

**IT IS THEREFORE ORDERED** that the motion for reconsideration **(ECF No. 8) is DENIED.**

**IT IS FURTHER ORDERED** that Petitioner's "Motion to Extend Prison Copywork Limit" **(ECF No. 7) is DENIED**.

Dated: April 30, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[6] ECF No. 7.