# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Kenneth Patton,

    Petitioner

v.

Nevada Board of Parole Commissioners, *et al.*,

    Respondents

Case No. 2:19-cv-00521-JAD-NJK

**Order Denying Post-Judgment Motions**

(ECF Nos. 10, 11, 12 and 13)

This action was initiated by Kenneth Patton, a prisoner at Nevada's Ely State Prison, on March 26, 2019, when he filed a "Petition for Writ of Mandamus."[1] I summarily dismissed this action on April 11, 2019, because Patton did not pay a filing fee or apply to proceed *in forma pauperis*, because mandamus relief is unavailable in this Court as a remedy in state parole proceedings, because Patton's petition is not on a proper form for a habeas corpus petition,[2] and because Patton's petition did not state any claim on which relief could possibly be granted in any form of action.[3] Patton then filed a motion for reconsideration,[4] which I denied.[5] He has now filed a document entitled "Motion for Dismissed Action,"[6] a document entitled "Motion

---

[1] ECF No. 2.

[2] *See* Rule 2(d), Rules Governing Section 2254 Cases in the United States District Courts; LSR 3-1.

[3] ECF Nos. 5, 6.

[4] ECF No. 8.

[5] ECF No. 9.

[6] ECF No. 10.

Submitting Application to Proceed *in Forma Pauperis*,"[7] a Motion to Extend Prison Copywork Limit,[8] and a Motion for Appointment of Counsel.[9]

In his "Motion for Dismissed Action, Patton appears to again challenge the April 11 order and judgment dismissing this action. I treat the "Motion for Dismissed Action" as another motion for reconsideration, and I deny the motion because Patton makes no showing of grounds for reconsideration.[10]

In the "Motion Submitting Application to Proceed *in Forma Pauperis*," Patton includes a financial certificate, which shows that he may qualify for *in forma pauperis* status; however, the action remains subject to summary dismissal because it is wholly without merit. Because this action has been dismissed, I deny the "Motion Submitting Application to Proceed *in Forma Pauperis*," as well as the Motion to Extend Prison Copywork Limit and the Motion for Appointment of Counsel as moot.

IT IS THEREFORE ORDERED that Petitioner's "Motion for Dismissed Action" **[ECF No. 10] is DENIED**.

IT IS FURTHER ORDERED that Petitioner's Motion Submitting Application to Proceed *in Forma Pauperis* **[ECF No. 11] is DENIED** as moot.

IT IS FURTHER ORDERED that Petitioner's Motion to Extend Prison Copywork Limit **[ECF No. 12] is DENIED** as moot.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Appointment of Counsel **[ECF No. 13] is DENIED** as moot.

---

[7] ECF No. 11.
[8] ECF No. 12.
[9] ECF No. 13.
[10] *See* Fed. R. Civ. P. 60.

Because I find that reasonable jurists would not find this order or the order entered on April 30, 2019 (ECF No. 9) to be debatable, I deny petitioner a certificate of appealability for these orders.

**The Clerk of the Court is directed to accept no further filings in this case, other than a notice of appeal.**

May 17, 2019

_____
JENNIFER A. DORSEY,
UNITED STATES DISTRICT JUDGE